UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COASTAL OUTDOOR ADVERTISING
GROUP, L.L.C.,

    Plaintiff,

  v.

TOWNSHIP OF EAST HANOVER, NEW
JERSEY,

    Defendant.

Civ. Action No. 07-4330 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    For the reasons stated in the opinion filed herewith

    **IT IS** on this 30th day of June 2009

    **ORDERED** that East Hanover's motion for summary judgment (D.E. 58) is GRANTED; and it is further

    **ORDERED** that Coastal Outdoor Advertising's motion for partial summary judgment (D.E. 57) is DENIED.

    /s/Katharine S. Hayden
    KATHARINE S. HAYDEN, U.S.D.J.